# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | Case No. 1:19-cv-00715-SAB (PC) |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION |
| v. | |
| MR. J. BURNES, et al., | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| Defendants. | |
| | (ECF Nos. 9, 10) |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Kareem J. Howell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 8, 2019, the Court screened Plaintiff's complaint and found that Plaintiff stated cognizable claims against Defendants Burnes, Babb, Tumacder, and Sexton for deliberate indifference in violation of the Eighth Amendment, retaliation in violation of the First Amendment, and conspiracy; against Defendant Sanchez for deliberate indifference in violation of the Eighth Amendment; and against Defendant Padrnos for retaliation in violation of the First Amendment, but failed to state any other cognizable claims against any other defendants. (ECF No. 9.) The Court ordered Plaintiff to either file a first amended complaint or notify the Court in writing of his willingness to proceed only on the cognizable claims. (Id.)

1

| 1 | On October 24, 2019, Plaintiff notified the Court of his willingness to proceed only on the
| 2 | cognizable claims identified by the Court on October 8, 2019.  (ECF No. 10.)
| 3 | Accordingly, the Court will recommend that this action proceed only against Defendants
| 4 | Burnes, Babb, Tumacder, and Sexton for deliberate indifference in violation of the Eighth
| 5 | Amendment, retaliation in violation of the First Amendment, and conspiracy; against Defendant
| 6 | Sanchez for deliberate indifference in violation of the Eighth Amendment; against Defendant
| 7 | Padrnos for retaliation in violation of the First Amendment, and that all other claims and
| 8 | defendants be dismissed.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell
| 9 | Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 341-42 (9th
| 10 | Cir. 2010).
| 11 | Based on the foregoing, the Court HEREBY ORDERS the Clerk of the Court to randomly
| 12 | assign a Fresno District Judge to this action.
| 13 | Further, it is HEREBY RECOMMENDED that:
| 14 | 1. This action proceed on Plaintiff's complaint, filed on May 22, 2019, (ECF No. 1),
| 15 | against Defendants Burnes, Babb, Tumacder, and Sexton for deliberate
| 16 | indifference in violation of the Eighth Amendment, retaliation in violation of the
| 17 | First Amendment, and conspiracy; against Defendant Sanchez for deliberate
| 18 | indifference in violation of the Eighth Amendment; and against Defendant Padrnos
| 19 | for retaliation in violation of the First Amendment; and
| 20 | 2. All other claims and defendants be dismissed from the action for failure to state a
| 21 | cognizable claim for relief.
| 22 | ///
| 23 | ///
| 24 | ///
| 25 | ///
| 26 | ///
| 27 | ///
| 28 | ///

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **October 25, 2019**

UNITED STATES MAGISTRATE JUDGE