UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MR. J. BURNS, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00715-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 25, 26) |

　　　Kareem J. Howell ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 17, 2020, the magistrate judge issued findings and recommendations recommending that defendants Padrnos and Sanchez's motion for summary judgment be granted. (Doc. No. 26.)  The findings and recommendations were served on the parties and contained notice that objections were due within thirty days.  (*Id.* at 12.)  On this same date, Plaintiff filed a declaration stating that he agrees that defendants Padrnos and Sanchez should be dismissed from the action for failure to exhaust the administrative remedies.  (Doc. No. 27.)

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly:

1. The findings and recommendations issued on August 17, 2020 (Doc. No. 26), are adopted in full;
2. Defendants Padrnos and Sanchez's motion for summary judgment for failure to exhaust the administrative remedies (Doc. No. 25) is granted; and
3. Defendants Padrnos and Sanchez are dismissed from the action, without prejudice.

IT IS SO ORDERED.

Dated: **September 24, 2020**

UNITED STATES DISTRICT JUDGE