# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>MR. J. BURNS, et al.,<br><br>  Defendants. | Case No.  1:19-cv-00715-SAB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 29) |

Kareem J. Howell ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed November 2, 2020.

Good cause having been presented, Defendants' motion shall be granted. Accordingly, it is HEREBY ORDERED that the discovery deadline is extended to December 10, 2020 for the limited purpose of taking Plaintiff's deposition, and the dispositive motion deadline is extended to February 18, 2021. All other provisions of the Court's March 10, 2020 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **November 3, 2020**

UNITED STATES MAGISTRATE JUDGE

1