# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MR. J. BURNS, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-00715-SAB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 31) |

　　　　Kareem J. Howell ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' motion to extend the dispositive motion deadline, filed February 12, 2021.

　　　　Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to March 11, 2021.  All other substantive provisions of the Court's March 10, 2020 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:　**February 16, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1